| | |
|---|---|
| Jeremy T. Bergstrom, Esq.<br>Attorney Bar No. 6904<br>MILES, BAUER, BERGSTROM & WINTERS, LLP<br>2200 Paseo Verde Pkwy., Suite 250<br>Henderson, NV  89052<br>(702) 369-5960 / FAX (702) 369-4955<br>File No. 10-91709<br><br>Attorneys for Secured Creditor<br>HYUNDAI CAPITAL | E-filed on <u>June 1, 2010</u> |

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In Re,<br><br>ALLAN ARTHUR GREITEN,<br><br>            Debtor(s). | BK No.: BK-S-18384-LBR<br><br>Chapter 7<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

　　　　PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, HYUNDAI CAPITAL, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

　　　　Jeremy T. Bergstrom, Esq.
　　　　MILES, BAUER, BERGSTROM & WINTERS, LLP
　　　　2200 Paseo Verde Pkwy., Suite 250
　　　　Henderson, NV  89052
　　　　PH (702) 369-5960

　　　　　　　　　　　　　　　　　　　　MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:    <u>May 28, 2010</u>        By:    <u>/s/ Jeremy T. Bergstrom, Esq.</u>
　　　　　　　　　　　　　　　　　　Jeremy T. Bergstrom, Esq.
　　　　　　　　　　　　　　　　　　Attorney for Secured Creditor

1

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on   June 1, 2010   , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
Marvin L. Longabaugh
Longabaugh Law Office
2245C Renaissance Drive
Las Vegas, NV  89119

CHAPTER 7 TRUSTEE:
William A. Leonard
6625 S. Valley View #224
Las Vegas, NV  89118

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

           /s/ Sara L. Aslinger
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(10-91709/rfsnlv.dot/sla)**